UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

Joseph Brown,

        Plaintiff,               Case No. 1:21-cv-675

v.                                     Honorable Phillip J. Green

Unknown Tribble, et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   February 7, 2022                /s/ Phillip J. Green
                                                   PHILLIP J. GREEN
                                                   United States Magistrate Judge